# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2294
Lower Tribunal No. 2023-CA-001961

_____

ROBERT LEE KING, JR.,

Appellant,

v.

MARK S. BROWN, M.D., PREMIER MEN'S MEDICAL CENTER OF ORLANDO, LLC, and OPS INTERNATIONAL, INC. d/b/a OLYMPIA PHARMACEUTICALS,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

April 28, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and KAMOUTSAS, JJ., concur.

Benedict P. Kuehne, Michael T. Davis, and Johan Dos Santos, of Kuehne Davis Law, P.A., Miami, for Appellant.

Christian P. Trowbridge and J. Charles Ingram, of Estes, Ingram, Foels & Gibbs, P.A., Maitland, for Appellees, Mark S. Brown, M.D., and Premier Men's Medical Center of Orlando, LLC.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellee, OPS International, Inc. d/b/a Olympia Pharmaceuticals.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED